UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MORRIS-CROCKER ASSOCIATES, L.P.,

    Plaintiff,

    v.

DEBRA HARRIS,

    Defendant.

Case No. 16-cv-01923-WHO

**ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE**

Re: Dkt. No. 7

On May 3, 2016, Magistrate Judge Laurel Beeler issued a Report and Recommendation recommending the remand of this unlawful detainer action to Alameda County Superior Court because of a lack of subject matter jurisdiction. Dkt. No. 7. Objections to Judge Beeler's recommendation to remand were due by May 20, 2016. Federal Rule of Civil Procedure 72(b); Civ. Local Rule 72-3. As of today's date, no objections have been filed.[1]

Having reviewed the matter, the Court ADOPTS Judge Beeler's Report and Recommendation in whole. For the reasons expressed therein, this case is REMANDED to Alameda County Superior Court.

**IT IS SO ORDERED**.

Dated: June 24, 2016



WILLIAM H. ORRICK
United States District Judge

---

[1] On June 13, 2016, the defendant filed a document entitled "Notice of Voluntary Dismissal." Dkt. No. 10. However because the document is only signed by the defendant and I do not have subject matter jurisdiction over this case, the dismissal is not properly before me.